Leave to file GRANTED

*J WM Faelden* 6/10/24
TREVOR N. MCFADDEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW SHARP, )
)
Defendant/Petitioner, )
) Case No. 1:22-CR-00174-TNM
v )
)
UNITED STATES OF AMERICA, )
)
Plaintiff/Respondent. )
)

RECEIVED
Mail Room
MAY 2 2 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## MOTION FOR CLARIFICATION

COMES NOW, Defendant/Petitioner, Matthew Sharp, in pro se capacity and asks this Honorable Court to clarify the Judgment in the above captioned case. Petitioner asks the Court to clarify whether the Court intended petitioner to pay the financial obligation during his incarceration. If this Honorable Court intended for petitioner to pay the financial obligation during incarceration, petitioner asks for clarification of how much petitioner should pay.

Currently, the Federal Bureau of Prisons (BOP) has petitioner paying $113 per month; however, the judgment, in relevant part states:

> Financial Obligation - You shall pay the financial obligations at a rate of no less than $150 per month **while on supervised release**. Payment of all financial obligations stated herein is a specific condition of your supervised release. See Dkt. Document 140 pg 5 (emphasis added).

This Court found petitioner to be indigent. Petitioner is currently working a job earning $40.80 per month. Petitioner receives money from

family; however, his family is not able to continuously support petitioner and pay his Financial Responsibility Payment (FRP), nor is it their responsibility.

If it is this Court's intention for petitioner to pay while in BOP custody, petitioner asks this Honorable Court to set the rate at $25 per quarter.

WHEREFORE, petitioner urges this Honorable Court to clarify the judgment order in regards to the financial obligations, and if the Court deems it appropriate for petitioner to pay while in BOP custody, petitioner further urges this Honorable Court to set the rate at $25 per quarter.

Done this 16th day of May, 2024

Respectfully Submitted,

_____

Matthew Sharp, in "pro se"

Reg. No.: 24604-509

Federal Correctional Institution Elkton

P.O. Box 10

Lisbon, OH  44432

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certified that I have served a copy of this foregoing instrument upon the Clerk of this Court, via properly addressed U.S. mail, with first-class postage prepaid affixed thereto, by placing into the internal mailing system as made available to inmates for legal mail, at the Federal Correctional Institution Elkton. The Petitioner further requests that a copy of his motion be forwarded to all interested parties via the CM/ECF system, as he is detained, indigent, and has no other means.

Done this 16th day of May, 2024

Respectfully Submitted,

Matthew Sharp, in "Pro Se"

Reg. No.: 24604-509

Federal Correctional Institution Elkton

P.O. Box 10

Lisbon, OH  44432